UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERESA HOFFMAN,

    Plaintiff,

v.

    Case No. 1:24-cv-1196

    Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 26, 2025, Magistrate Judge Phillip J. Green issued a report and recommendation that the Commissioner's denial of social security benefits to Teresa Hoffman be affirmed. (R&R, ECF No. 12.)  The R&R was duly served on the parties; neither party objected before the deadline for doing so expired on January 9, 2026.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

    **IT IS ORDERED** that the R&R (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

    A judgment will issue in accordance with this Order.

Dated: February 5, 2026        /s/ Hala Y. Jarbou
                                              HALA Y. JARBOU
                                              CHIEF UNITED STATES DISTRICT JUDGE